# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *
                                 *
GRANITE RE, INC.; RPREUSSER      *
CONSTRUCTION, INC.               *
                                 *
        Plaintiffs,              *
                                 *   Nos. 15-1510C; 17-125C
        v.                       *   Filed: February 14, 2018
                                 *
UNITED STATES,                   *
                                 *
        Defendant.               *
                                 *
* * * * * * * * * * * * * * * * *
```

## O R D E R

The court is in receipt of the parties' February 14, 2018 joint stipulation of dismissal with prejudice of the above-captioned cases. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2017), this court **ORDERS** that these cases be **DISMISSED** with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**